United States District Court
Southern District of Texas
**ENTERED**
January 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSE CRUZ GARCIA PESCADOR, § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:25-6070 |
| § | |
| WARDEN GRANT DICKEY, *et al.* § | |
| § | |
| Respondents. § | |

## ORDER

The Court granted habeas relief in this case (Dkt. 13) and entered final judgment (Dkt. 14). The petitioner filed a motion to enforce (Dkt. 15) the Court's order and argued that the immigration judge conducting the petitioner's bond hearing did not comply with this Court's order to apply all attendant burdens of proof under 8 U.S.C. § 1226(a). The Government responded (Dkt. 16) and the petitioner replied (Dkt. 17). On January 27, 2026, the Court held a hearing on the motion. The parties then filed additional briefing (Dkt. 22; Dkt. 24).

Having considered the parties' arguments and evidence at the hearing regarding the immigration judge's conduct at the bond hearing, the Court finds that respondents complied with the Court's order. Therefore, the motion to enforce (Dkt. 15) is **DENIED**.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on         January 30                , 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE